

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **ORDER UNSEALING ALL DOCUMENTS AND FILINGS IN CAPTIONED CASE EXCEPT CRIMINAL COMPLAINT AND AFFIDAVIT THEREON** |
|---|---|
| Plaintiff, | |
| v. | CASE NO. 1:18-MJ-00045-EPG |
| RAFAEL SANCHEZ, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED that the above-captioned case is unsealed with the exception of the Criminal Complaint (Doc. 1) which should remain sealed until further order of the Court.

DATED: April 9, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Order to Unseal       1