

FILED
JUN 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF CASE NUMBER 1:18-MJ-00045-EPG (E.D. CAL.). | **ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT**<br><br>CASE NO. 1:18-MJ-00045-EPG |
|---|---|

The criminal complaint and arrest warrant, having previously been sealed by order of this Court, and it appearing that the criminal complaint and arrest warrant no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the criminal complaint and arrest warrant be unsealed.

DATED: June 13, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Order to Unseal          1